MICHAEL KUCZNASCZ and Another, Appellants, v. VINCENT MAJEWSKI and Others, Respondents.— Appeal dismissed, unless appellants shall file and serve records and briefs by February tenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GEORGE D. CORNELIUS, Appellant, v. WILLIAM CHRIST, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of the Executors of the Last Will and Testament of J. RAYMOND KELLY, Deceased.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by March third and argue the appeal during the March term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY POWERS, as Administratrix, etc., of EMMETT P. POWERS, Deceased, Appellant, v. SYLVESTER LEGAN, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DAISY M. HOWARD, Appellant, v. JACOB KATZ and Another, Respondents.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JENNIE COOPER, Appellant, v. CLARENCE H. MACKEY and Others, Respondents.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCIS M. REED, as Administrator, etc., of DAVID H. REED, Deceased, Respondent, v. JAMES C. DAVIS, Director General of Railroads, etc.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied, with leave to respondent to put the case on the day calendar any day during the present term and to argue same without brief and to file printed brief after the argument. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of GEORGE R. GRAVES, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Myron S. Short, Esq., of Buffalo, to take the proofs thereon and return the same to this court, together with his opinion thereon. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, under Chapter 844 of the Laws of 1926, for the Elimination of the Crossing at Grade of Tonawanda, and Other Streets, and NEW YORK CENTRAL RAILROAD COMPANY and Other Railroads (Case No. 3309).— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MYRON BARHIGHT, Respondent, v. GEORGE T. PEIFER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.